IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 06- 89M |
| José GÓMEZ ) | |
| aka Manuel FRÍAS-Méndez, ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

   \_\_\_\_ Crime of violence (18 U.S.C. § 3156)

   \_\_\_\_ Maximum sentence life imprisonment or death

   \_\_\_\_ 10+ year drug offense

   \_\_\_\_ Felony, with two prior convictions in above categories

   _X_ Serious risk defendant will flee

   \_\_\_\_ Serious risk obstruction of justice



FILED

JUL 2 4 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2. **Reason For Detention**. The court should detain   defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   _X_   Defendant's appearance as required

   ____   Safety of any other person and the community

3. **Rebuttable Presumption**. The United States (will, **will not**) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (**check one or both**):

   ____   Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

   ____   Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

   ____   At first appearance

   _X_   After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of __ days (not more than 10) so that the appropriate officials can be notified since:

   1.   At the time the offense was committed the defendant was:

       ___   (a) on release pending trial for a felony;

       ___   (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ___ (c) on probation or parole for an offense.

2. ___ The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

3. ___ The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this <u>24th</u> day of <u>July</u>, 2006.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

        BY: _____
        Shannon T. Hanson
        Assistant U. S. Attorney