**REDACTED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 06-80 |
| ) | |
| JOSÉ GÓMEZ aka Manuel Frías-Méndez, ) | |
| ) | |
| Defendant ) | |

**INDICTMENT**

The Grand Jury for the District of Delaware charges that:

FILED
AUG - 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Count One**

On or about July 24, 2006, in the District of Delaware, JOSÉ GÓMEZ aka Manuel Frías-Méndez, the defendant, an alien and subject of the Dominican Republic, who had been removed from the United States on or about May 24, 2000, was found in the United States, and the defendant was knowingly in the United States unlawfully, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: 08/01/06