IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR06-80 |
| | ) | |
| v. | ) | Criminal Action No. 06-mj-89 |
| | ) | |
| JOSÉ GÓMEZ aka Manuel Frías-Méndez, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon T. Hanson and Ilana H. Eisenstein, Assistant United States Attorneys, hereby files this Notice of Substitution of Counsel, designating Ilana H. Eisenstein as the lead attorney in this matter, in lieu of Shannon Hanson. Shannon Hanson shall remain as an attorney to be noticed in the case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon Thee Hanson
Ilana H. Eisenstein
Assistant United States Attorneys

Dated: July 28, 2006


FILED
JUL 3 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 06-mj-89 |
| ) | |
| JOSÉ GÓMEZ aka Manuel Frías-Méndez, ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon T. Hanson and Ilana H. Eisenstein, Assistant United States Attorneys, hereby files this Notice of Substitution of Counsel, designating Ilana H. Eisenstein as the lead attorney in this matter, in lieu of Shannon Hanson. Shannon Hanson shall remain as an attorney to be noticed in the case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon Thee Hanson
Ilana H. Eisenstein
Assistant United States Attorneys

Dated: July 28, 2006