IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-80-KAJ |
| ) | |
| JOSÉ GÓMEZ aka Manuel Frias-Méndez, ) | |
| ) | |
| Defendant. ) | |

### ORDER

WHEREAS, the Court has been informed that the Defendant intends to enter a guilty plea in the above-captioned case;

IT IS HEREBY ORDERED that a Rule 11 hearing has been scheduled for **September 14, 2006 at 4:00 p.m.**, in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington.

_____
UNITED STATES DISTRICT JUDGE

September 8, 2006
Wilmington, Delaware