IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                    )
                                             )
                    Plaintiff,               )
                                             )
          v.                                 )    Criminal Action No. 06-80-KAJ
                                             )
JOSÉ GÓMEZ aka Manuel Frias-Méndez,          )
                                             )
                    Defendant.               )

## ORDER

At Wilmington this 15th day of September, 2006, defendant having entered a

plea of guilty to Count I of the Indictment filed against him;

IT IS HEREBY ORDERED that:

1.      The sentencing of defendant, José Gómez, aka Manuel Frias-Méndez, is

scheduled for **December 15, 2006 at 3:30 p.m.** in courtroom No. 6A, on the sixth floor

of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2.      Any objections to the presentence report and any factors under 18 U.S.C.

§ 3553(a) that counsel plans to raise at sentencing must be communicated in writing to

the Probation Office and opposing counsel no later than 14 days from receipt of the

presentence report.  Such objections and § 3553(a) factors should **not** be filed with the

court.[1]

---

[1]All filings and correspondence presented to the court will be docketed and
available electronically, unless filed under seal.  The court will not review
correspondence and filings for redaction.  Therefore, it is the sole responsibility of
counsel and the parties to be certain that all documents comply with the rules of this
court and the Judicial Conference requiring redaction of personal data identifiers and
sensitive information.

3.    Counsel shall notify the court promptly if an evidentiary hearing on disputed sentencing issues is required.

_____
UNITED STATES DISTRICT JUDGE