IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-80-KAJ |
| | ) |
| JOSÉ GÓMEZ aka Manuel Frias-Méndez, | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington this **11th** day of **November, 2006**,

IT IS ORDERED that the sentencing hearing presently set for **December 15, 2006 at 3:30 p.m.** is hereby rescheduled to **December 18, 2006 at 2:00 p.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE