IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-80 JJF |
| JOSE GOMEZ<br>aka Manuel Frias-Mendez, | : | |
| Defendant. | : | |

**ORDER**

WHEREAS, on January 10, 2007, the above-captioned case was reassigned to this Court from the docket of Judge Jordan;

WHEREAS, the previously scheduled Sentencing was cancelled;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Thursday, February 8, 2007 at 11:00 a.m.,** in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

January 18, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE


FILED
JAN 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE